# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY WARSHAUER,<br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.;<br>EQUIFAX INFORMATION SERVICES LLC;<br>EXPERIAN INFORMATION SOLUTIONS, INC.;<br>TRANS UNION LLC, and DOES 1-10 inclusive,<br><br>Defendant.. | Case No.<br><br>3:23-cv-01991-EMC<br><br>~~PROPOSED~~ **ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties filed, this matter is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated this  December 5, 2023

_____
Honorable Judge of the District Court
**Honorable Edward M. Chen**